IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ANTHONY TRENT BEARD, | : |
| Plaintiff, | : |
| v. | : |
| | : CASE NO.: 1:13-CV-4 (WLS) |
| CAROLYN COLVIN, *Acting Commissioner of Social Security*, | : |
| Defendant. | : |

**ORDER**

Before the Court is a Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed May 20, 2014. (Doc. 19.) It is recommended that the Social Security Commissioner's final decision be affirmed pursuant to Sentence Four of § 405(g). (*Id.* at 8.) No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1). The objection period expired on June 3, 2014. (*See generally* Docket.)

Upon full review and consideration of the record, the Court finds that the referenced Recommendation (Doc. 19) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. It is hereby **ORDERED AND ADJUDGED** that Plaintiff shall take nothing by his Complaint (Doc. 1) and **JUDGMENT** shall be entered in favor of the Commissioner.

**SO ORDERED**, this  11th  day of June 2014.

/s/ W. Louis Sands
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**